IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ABDUL MALIK BEY, | : |
| Plaintiff, | : |
| V. | : NO. 5:23-cv-00354-TES-CHW |
| LAWRENCE WHITTINGTON, *et al.*, | : |
| Defendants. | : |

## ORDER

Plaintiff Abdul Malik Bey, a prisoner in Dooly State Prison in Unadilla, Georgia, has filed a handwritten document, which has been docketed in this Court as a civil rights complaint under 42 U.S.C. § 1983. Compl., ECF No. 1. Plaintiff has also filed a handwritten motion for leave to proceed in this case *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. Neither the complaint nor the motion to proceed *in forma pauperis* is on the required form. *See id.*

If he wishes to proceed with this action, Plaintiff is **ORDERED** to recast his complaint on the 42 U.S.C. § 1983 form and to file a proper and complete motion to proceed *in forma pauperis* on the required form and supported by a certified account statement, completed and signed by the appropriate prison official and including a printout of Plaintiff's account transactions for the six months preceding the filing of his complaint. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to file his recast complaint and motion to proceed *in forma pauperis* if he wants to proceed with this action.

While this case is pending, Plaintiff must also immediately inform the Court in writing of any change in his mailing address. Plaintiff's failure to fully and timely comply with this order may result in the dismissal of complaint.

Finally, the Clerk of Court is **DIRECTED** to forward Plaintiff a 42 U.S.C. § 1983 form and a motion to proceed *in forma pauperis*, including the appropriate account certification form, with his service copy of this order (with the civil action number showing on all). There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 10th day of October, 2023.

                                          s/ Charles H. Weigle
                                          Charles H. Weigle
                                          United States Magistrate Judge