IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ABDUL MALIK BEY, | * |
|       Plaintiff, | * |
| v. | Case No.  5:23-cv-00354-TES-CHW |
| | * |
| LAWRENCE WHITTINGTON, : et al., | * |
|       Defendants. | * |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated January 29, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of January, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk